IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HOPE MCCLOUD | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff | * **THE CIRCUIT COURT FOR** |
| | * **PRINCE GEORGE'S COUNTY,** |
| | * **MARYLAND** |
| | * |
| vs. | * CASE NO. CAL 12-00731 |
| | * |
| SUPERVALU, INC. | * CIVIL ACTION NO. _____ |
| | * |
| Defendant | * |

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, SUPERVALU, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor states as follows:

1. On or about January 3, 2012, Defendant SUPERVALU, INC., was served with an Amended Complaint in an action commenced by the Plaintiff, Hope McCloud, in the Circuit Court for Prince George's County, Maryland as Docket No. CAL 12-00731. True and correct copies of the Amended Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service of the Amended Complaint meeting diversity jurisdiction and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner has filed a written Answer to Plaintiff's Amended Complaint on February 6, 2012. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4.      In her Amended Complaint, Plaintiff Hope McCloud seeks judgment against this Defendant in the amount of Four Hundred Fifty Hundred Thousand Dollars ($450,000.00) in compensatory damages, plus interest and costs.

5.      At the time of commencement of this action, Plaintiff Hope McCloud was and is now a resident of the state of Maryland.

6.      At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant SUPERVALU, Inc.'s principal place of business is Minnesota, and is incorporated in the state of Delaware.

7.      As this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

9.      The Petitioner presents and files herewith a check in the amount of $350 for the filing fee, as required by law.

WHEREFORE, the Defendant, SUPERVALU, Inc., respectfully requests to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Warren D. Stephens, #00638
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
*Counsel for Defendant*

_____
Erin Hebert Cancienne, #17257
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2012, a copy of the foregoing Petition of Removal was forwarded, postage prepaid, via First Class mail, to:

Juanita L. Petty, Esquire
The JP Law Group, LLC
6231 Crain Highway
Upper Marlboro, MD 20772

_____
Warren D. Stephens, #00638
*Counsel for Defendant*

I:\Common\WP\L3\WDS\McCloud v. SFW-Supervalu\Pleadings\Removal Documents\Petition for Removal.wpd