IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HOPE MCCLOUD | * |
| | * |
| Plaintiff | * |
| | *   NO. 8:12-cv-00373-RWT |
| vs. | * |
| | * |
| SUPERVALU, INC. | * |
| | * |
| Defendant | * |

**DEFENDANT, SUPERVALU, INC.'S,
MOTION TO COMPEL PLAINTIFF TO RESPOND TO
INTERROGATORIES AND REQUEST FOR PRODUCTION**

COMES NOW the Defendant, SUPERVALU, Inc., by and through its attorneys, Warren D. Stephens, Erin Hebert Cancienne, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Federal Rules of Civil Procedure 33(b), 34(b), and 37(A) and Local Rule 104(7) & (8), respectfully requests this Honorable Court to order Plaintiff to answer discovery, and for reasons therefor states as follows:

1.  That on March 16, 2012, Defendant mailed to Plaintiff, Interrogatories to Plaintiff and Requests for Production of Documents to Plaintiff. (Exhibit A - Interrogatories to Plaintiff; Exhibit B - Requests for Production of Documents to Plaintiff.)

2.  That Plaintiff, Hope McCloud, has not provided any response to the discovery requests.

3.  That under Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), the Plaintiff, as responding party, had 30 days after being served to respond to the Interrogatories and Requests for Production of Documents.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
―――
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
―――
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. That on May 16, 2012, Defendant's counsel requested Plaintiff to contact her to discuss this issue. Local Civil Rule 104.7 (Exhibit C - Letter to Plaintiff)

5. That on June 7, 2012, Defendant's counsel forwarded a copy of this Motion to Compel and accompanying proposed Order to Plaintiff. Local Civil Rule 104.8

6. That it has been eleven (11) days since Defendant counsel forwarded a copy of this Motion to Compel and Plaintiff has not responded in any way to the Motion.

7. That despite sincere attempts by Defendant's counsel to resolve the difference between them, counsel could not resolve this discovery dispute. Local Civil Rule 104.7

WHEREFORE, the Defendant, SUPERVALU, Inc., respectfully requests that this Honorable Court grant this Motion to Compel and Order the Plaintiff to respond to discovery.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

_____
Erin Hebert Cancienne
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 (fax)
***Counsel for Defendant
SUPERVALU, Inc.***

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26<u>th</u> day of June, 2012, a copy of the foregoing Motion to Compel was efiled and forwarded, to:

Ms. Hope McCloud
7716 Hanover Parkway, #304
Greenbelt, MD 20770
*Plaintiff Pro Se*

                                           /s/
                                          Erin Hebert Cancienne
                                          ***Counsel for Defendant***
                                          ***SUPERVALU, Inc.***

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

`I:\Common\WP\L3\WDS\McCloud v. SFW-Supervalu\Pleadings\Motion to Compel.wpd`