# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Attorneys at Law

Alan R. Siciliano*▼
Jeffrey R. DeCaro*▼
Thomas L. Doran*
Charles E. Gallagher, Jr.*▼
Samuel J. DeBlasis, II*·
Christopher R. Dunn*
Warren D. Stephens*
Jeffrey T. Brown*
Anne Marie McGinley*
Erik H. Nyce*▼

17251 Melford Boulevard
Suite 200
Bowie, Maryland 20715
(301) 352-4950
FAX (301) 352-8691

*www.decarodoran.com*

Lynne J. Kinney*
Jennifer R. Albany*
James S. Liskow*▼
Erin Hebert Cancienne*
Jennifer A. Birckhead*
Jennifer L. Rowlett*▼
John W. Leonard*
Mark A. Kohl*

*Of Counsel*
Richard A. Yeagley■

**VIRGINIA OFFICE**
3930 Walnut Street
Suite 250
Fairfax, Virginia 22030
(703) 255-6667
FAX (703) 299-8548

**EASTERN SHORE OFFICE**
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

\* Also member of D.C. Bar
▼ Also member of Virginia Bar
■ Member of D.C. and Virginia Bars

☐ Reply to Virginia Office
☒ Reply to Bowie Office

May 16, 2012

Ms. Hope McCloud
7716 Hanover Parkway, #304
Greenbelt, Maryland 20770

Re:   **Hope McCloud v. SUPERVALU Inc., et al.**
      **Case No. 8:12-cv-00373-RWT**

Dear Ms. McCloud:

On March 16, 2012, our office served Interrogatories upon you in the above-referenced matter. Your responses were due within 30 days of service. However, to date, you have not provided any responses to this discovery. Your discovery responses are now overdue.

As such, we request that you provide our office with discovery responses within ten (10) days of this letter. If discovery responses are not provided by that time, our office will be forced to file a Motion to Compel in this matter. This letter is a good faith attempt to resolve this discovery dispute. Please forward your Answers to Interrogatories to 17251 Melford Boulevard, Suite 200, Bowie, Maryland 20715 at your earliest convenience.

Sincerely,

Erin Hebert Cancienne

EHC/pfh

I:\Common\WP\L3\WDS\McCloud v. SFW-Supervalu\Correspondence\McCloud 5-16-12 re overdue ATIs.wpd.pfh

