IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HOPE MCCLOUD | * |
| | * |
| Plaintiff | * |
| | * **NO. 8:12-cv-00373-RWT** |
| vs. | * |
| | * |
| SUPERVALU, INC. | * |
| | * |
| Defendant | * |

**O R D E R**

UPON CONSIDERATION of the Defendant's Motion to Compel Plaintiff to Respond to Interrogatories and Request for Production, and good cause having been demonstrated, it is this ____ day of _____, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendant's Motion to Compel Plaintiff to Respond to Interrogatories and Request for Production be and the same is hereby GRANTED; and it is further

**ORDERED**, that Plaintiff, Hope McCloud, is compelled to respond to Defendant's Interrogatories and Request for Production of Documents within 15 days of this Order.

_____
The Honorable Roger W. Titus
United States District Judge

Copies to:

Erin Hebert Cancienne, Esquire
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715

Ms. Hope McCloud
7716 Hanover Parkway, #304
Greenbelt, MD 20770

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L3\WDS\McCloud v. SFW-Supervalu\Pleadings\Motion to Compel - Proposed Order.wpd